IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RONALD M. MAXEY,

    Petitioner,

v.	CASE NO. 5:11-cv-106-RS-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

# O R D E R

This matter is before the Court on Doc. 8, Respondent's first motion for an extension of time to respond to the Petition.  Upon due consideration, it is **ORDERED:**

1.  That the motion, Doc. 8, is **GRANTED.**  Respondent shall respond to the Petition **on or before October 24, 2011.**

2.  Petitioner shall have until **November 23, 2011**, to file a reply, if any.

**DONE AND ORDERED** this 24th day of August 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge