IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RONALD M. MAXEY,

        Petitioner,

v.                              CASE NO. 5:11-cv-106-RS-GRJ

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,

        Respondent.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 15) and Petitioner's Objections (Doc. 16). I have considered Petitioner's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Respondent's Motion to Dismiss (Doc. 10) is **GRANTED**.

3. The Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED with prejudice** as untimely.

4. The clerk is directed to close the file.

**ORDERED** on July 23, 2012.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**